# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LESTER W. KAUFFMAN, III, et al.,** : | |
|     **Plaintiffs** : | No. 1:17-cv-222 |
| : | |
| **v.** : | (Judge Kane) |
| : | |
| **SUMMA & IEZZI, INC.** : | |
|     **Defendant** : | |

## ORDER

**AND NOW**, on this 29th day of September 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for default judgment (Doc. No. 6), is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiffs and against Defendant in the amount of $100,557.26 representing delinquent benefit fund contributions, liquidated damages, and interest pursuant to 29 U.S.C. §§ 1132 and 1145 and the terms of the collective bargaining agreement; and

3. The Clerk of Court is directed to **CLOSE** the case.

                                                                     s/ Yvette Kane
                                                                    Yvette Kane, District Judge
                                                                    United States District Court
                                                                    Middle District of Pennsylvania